

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 19, 2026

Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Maldonado Santos v. Genalo, et.al.,* 26-cv-974 (Brown, J.)

Dear Judge Brown:

This Office represents Respondents in the above captioned habeas petition filed by Petitioner Eleuterio Maldonado Santos ("Petitioner") on February 19, 2026. Docket Entry ("DE") #1.

This letter is respectfully submitted pursuant to Your Honor's Standing Order dated February 19, 2026. DE #4. Respondents note that Petitioner entered the United States at an unknown time and place from Honduras. His Temporary Protected Status ("TPS") was terminated in April 2024.

However, Respondents are not currently in possession of any information of a "particularized reason to believe that Petitioner presents a danger to the community, a flight risk" or any information that Petitioner should be detained due to his involvement with "illegal narcotics, violence, criminal history, firearms [or] gang affiliation, and the like." *See* DE 4.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/ Diane C. Leonardo
      Diane C. Leonardo
      Assistant U.S. Attorney
      (631) 715-7854