

February 21, 2026

The Honorable Gary R. Brown
United States District Judge
Eastern District of New York
200 Federal Plaza
Central Islip, New York 11722
**Via ECF**

      Re:    *Maldonado Santos v. Genalo et* al, 2:26-cv-00974-GRB

Dear Judge Brown:

      Petitioner writes respectfully pursuant to the Court's order dated February 19, 2026 directing Counsel for Petitioner to "file a copy of the Conditions of Release Upon Recognizance executed by Petitioner."

      Petitioner brought all paperwork he had received from Immigration and Customs Enforcement (ICE) to counsel's office on Friday, February 20, 2026, following his release the night before. There was no order of release upon recognizance nor other comparable document among the paperwork that he had received. Petitioner himself also does not recall receiving such a document.

Respectfully submitted,


/s/ Paige Austin
Paige Austin
Make The Road New York
301 Grove St.
Brooklyn, New York 11237
paige.austin@maketheroadny.org
Tel. (718) 565-8500 ext. 4139

| BROOKLYN | QUEENS | STATEN ISLAND | LONG ISLAND | WESTCHESTER |
|---|---|---|---|---|
| 301 GROVE STREET | 104-19 ROOSEVELT AVENUE | 161 PORT RICHMOND AVENUE | 1090 SUFFOLK AVENUE | 46 WALLER AVENUE |
| BROOKLYN, NY 11237 | CORONA, NY 11368 | STATEN ISLAND, NY 10302 | BRENTWOOD, NY 11717 | WHITE PLAINS, NY 10605 |
| 718 418 7690 | 718 565 8500 | 718 727 1222 | 631 231 2220 | 914 948 8466 |

MAKETHEROADNY.ORG