

February 22, 2026

The Honorable Gary R. Brown
United States District Judge
Eastern District of New York
200 Federal Plaza
Central Islip, New York 11722
**Via ECF**

Re:    *Maldonado Santos v. Genalo et* al, 2:26-cv-00974-GRB

Dear Judge Brown:

Petitioner again writes respectfully pursuant to the Court's order dated February 19, 2026 directing Counsel for Petitioner to "file a copy of the Conditions of Release Upon Recognizance executed by Petitioner." With apologies, counsel failed to realize this order referred to the Court's own standard conditions document, rather than the Form I220A otherwise issued by ICE.

As Petitioner's counsel I personally translated the Court's Conditions of Release Upon Recognizance document to Petitioner in full by phone this evening and he agreed to its contents. However, counsel's office is closed tomorrow due to the inclement weather. Accordingly, Petitioner respectfully requests an extension of the time to upload a signed copy of the Court's Conditions document until Tuesday evening, February 24, 2026, to allow Petitioner to come into counsel's office once it reopens.

I apologize to the Court for this misunderstanding and delay.

Respectfully submitted,


/s/ Paige Austin
Paige Austin
Make The Road New York
301 Grove St.
Brooklyn, New York 11237

| BROOKLYN | QUEENS | STATEN ISLAND | LONG ISLAND | WESTCHESTER |
|---|---|---|---|---|
| 301 GROVE STREET | 104-19 ROOSEVELT AVENUE | 161 PORT RICHMOND AVENUE | 1090 SUFFOLK AVENUE | 46 WALLER AVENUE |
| BROOKLYN, NY 11237 | CORONA, NY 11368 | STATEN ISLAND, NY 10302 | BRENTWOOD, NY 11717 | WHITE PLAINS, NY 10605 |
| 718 418 7690 | 718 565 8500 | 718 727 1222 | 631 231 2220 | 914 948 8466 |

MAKETHEROADNY.ORG

paige.austin@maketheroadny.org
Tel. (718) 565-8500 ext. 4139

2