**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ELEUTERIO MALDONADO SANTOS,<br><br>     *Petitioner,*<br><br>  v.<br><br>KENNETH GENALO, Field Officer Director of New York Immigrations and Customs Enforcement, *et al.*,<br><br>     *Respondents.* | Civil Action No. 26-CV-0974 (Brown, J.)<br><br><u>DECLARATION OF DEPORTATION OFFICER</u><br><br><u>PATRICK HEEREY</u> |

Pursuant to 28 U.S.C. § 1746, I, Patrick Heerey, hereby declare under penalty of perjury that the following is true and correct:

1.  I am Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I am a Deportation Officer ("DO") at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served in this capacity since June 2009. As a DO, I am responsible for identifying and apprehending at-large unlawfully present aliens.

2.  I have access to the electronic records and databases that are maintained by DHS and ICE in the ordinary course of business as a regular practice. These records and databases were prepared at or near the time of the events detailed therein and were prepared by individuals who either had personal knowledge of the information contained therein or were provided with information from an individual with personal knowledge of that information.

3.  I have prepared this declaration in connection with a Petition for a Writ of Habeas Corpus filed by the petitioner, Eleuterio Maldonado Santos ("Madonado Santos"). Maldonado Santos has been assigned the following Alien Number: 094 382 778. The following

representations are based on my personal knowledge, review of ICE and DHS records and databases, including Maldonado Santos' administrative file, and consultation with my colleagues.

4. Maldonado Santos is a native and citizen of Honduras who entered the United States at an unknown time and place.

5. On November 10, 2023, Maldonado Santos submitted form I-821 Application for Temporary Protected Status to USCIS. The application was approved on April 26, 2024, with a period of validity was from January 6, 2024 until July 5, 2025.

6. On February 18, 2026, I was part of a team of agents from ICE and U.S. Customs and Border Patrol ("CBP") conducting an operation in the vicinity of Roslyn, New York.  The team ran the license plate on a vehicle through Department of Motor Vehicle databases, which showed that the vehicle was registered to Petitioner.  Agents ran record checks in various ICE/DHS databases and determined that Maldonado Santos was unlawfully present in the United States.

7. The team initiated a traffic stop and confirmed Petitioner's identity after he provided a New York State license bearing Petitioner's name and date of birth.

8. A Form I-200, Warrant for Arrest of Alien (the "Form I-200") was executed, and Maldonado Santos was taken into custody pursuant to that arrest warrant and transported to Nassau County ICE intake for processing.  Attached as Exhibit A is a true and correct copy of the Form I-200.

9. On February 18, 2026, a Notice to Appear ("NTA") was issued and it was served by ICE on Maldonado Santos.  The NTA charged Maldonado Santos as being inadmissible pursuant to Immigration and Nationality Act ("INA") § 212(a)(6)(A)(i), 8 U.S.C. § 1182(a)(6)(A)(i), as

an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General. Attached as Exhibit B is a true and correct copy of the NTA. Maldonado Santos was also served with other documents including the Form I-200.

10. On February 18, 2026, ICE filed the NTA with the Executive Office for Immigration Review ("EOIR") placing Maldonado Santos into removal proceedings. The NTA directed him to appear in front of an immigration judge on April 8, 2026, at Varick immigration Court, New York, New York.

11. On February 18, 2026, Maldonado Santos was transported to Nassau County Correctional Center, where he was detained pursuant to 8 U.S.C. § 1225(b)(2)(A).

12. On February 19, 2026, Maldonado Santos was transported to the hold room at 26 Federal Plaza, New York, New York.

13. On February 19, 2026, at approximately 8:30 p.m. Maldonado Santos was released from ICE custody at 26 Federal Plaza pursuant to Court Order.

14. On February 25, 2026, EOIR moved the immigration court date to June 3, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York
This 23rd day of March 2026

PATRICK J HEEREY
Digitally signed by PATRICK J HEEREY
Date: 2026.03.23 18:17:39 -04'00'

Patrick Heerey
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security